IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| STATE OF MINNESOTA *AND* STATE OF ILLINOIS,<br><br>                                              Petitioners,<br><br>v.<br><br>CHRIS WRIGHT, in his official capacity as Secretary of Energy, United States Department of Energy; UNITED STATES DEPARTMENT OF ENERGY<br><br>                                              Respondents. | Case No. 25-1162 |

## PETITION FOR REVIEW

Pursuant to 16 U.S.C. § 825l(b)(1) (Federal Power Act § 202(c)), Rule 15 of the Federal Rules of Appellate Procedure, and D.C. Circuit Rule 15, the State of Minnesota and the State of Illinois (collectively, "Petitioners") hereby petition this Court for review of the final actions of Respondents United States Department of Energy and Secretary of Energy, Chris Wright, in his official capacity, set forth in the Department of Energy's May 23, 2025, Order No. 202-25-3 directing the Midcontinent Independent System Operator to ensure that the coal-burning J.H. Campbell Plant in West Olive, Michigan, operated by Consumers Energy, remains available to operate through August 20, 2025. A copy of the order is attached as Attachment 1.

Dated: July 25, 2025　　　　　Respectfully Submitted,

**For the State of Minnesota**
*/s/Peter N. Surdo*
Peter N. Surdo
Special Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota St., Suite 600
St. Paul, MN 55101
(651) 757-1061
peter.surdo@ag.state.mn.us

*Attorney for Petitioner State of Minnesota*

**For the State of Illinois**
*/s/Jason E. James*
 Jason E. James
Assistant Attorney General
Illinois Attorney General's Office
201 W. Pointe Drive, Suite 7
Belleville, IL 62226
Phone: (217) 843-0322
Email: jason.james@ilag.gov

*Attorney for Petitioner State of Illinois*

Attachment 1

**Order No. 202-25-3**

Pursuant to the authority vested in the Secretary of Energy by section 202(c) of the Federal Power Act (FPA), 16 U.S.C. § 824a(c), and section 301(b) of the Department of Energy Organization Act, 42 U.S.C. § 7151(b), and for the reasons set forth below, I hereby determine that an emergency exists in portions of the Midwest region of the United States due to a shortage of electric energy, a shortage of facilities for the generation of electric energy, and other causes, and that issuance of this Order will meet the emergency and serve the public interest.

*Emergency Situation*

The Midcontinent Independent System Operator (MISO) faces potential tight reserve margins during the summer 2025 period, particularly during periods of high demand or low generation resource output. The North American Electric Reliability Corporation (NERC) released its 2025 Summer Reliability Assessment on May 14, 2025. In its assessment, NERC indicated that "[d]emand forecasts and resource data indicate that MISO is at elevated risk of operating reserve shortfalls during periods of high demand or low resource output."[1] In particular, the retirement of thermal generation capacity creates the potential for electricity supply shortfalls. NERC anticipates that the near-term period of highest capacity shortfall for MISO will occur in August.[2]

Multiple generation facilities in Michigan have retired in recent years. According to the U.S. Energy Information Administration (EIA), "[s]ince 2020, about 2,700 megawatts of coal-fired generating capacity have been retired and no new coal-fired facilities are planned."[3] Additionally EIA stated, "[t]ypically Michigan's nuclear power plants have supplied about 30% of in-state electricity, but the amount of electricity generated by nuclear power plants in Michigan has declined as plants have been decommissioned."[4] The state's Big Rock Point nuclear power plant shut down in 1997 and the Palisades nuclear power plant closed in 2022. While the Palisades nuclear power plant may reopen in 2025, it will not be available during the peak demand period this summer.

The 1,560 MW J.H. Campbell coal-fired power plant in West Olive, MI, is scheduled to cease operations on May 31, 2025. Its retirement would further decrease available dispatchable generation within MISO's service territory, removing additional such generation along with the other 1,575 MW of natural gas and coal-fired generation that has retired since the summer of 2024. In 2021, Consumers announced that it planned to "speed closure" of Campbell in 2025, several years before the end of its scheduled design life.[5] Although MISO and Consumers have

---

[1] 2025 summer reliability assessment. (May 14, 2025). https://www.nerc.com/pa/RAPA/ra/Reliability%20Assessments%20DL/NERC_SRA_2025.pdf
[2] *Id*.
[3] U.S. Energy Information Administration, Michigan State Energy Profile, Oct. 17, 2024, *available at*: https://www.eia.gov/state/print.php?sid=mi.
[4] *Id.*
[5] https://www.consumersenergy.com/news-releases/news-release-details/2021/06/23/consumers-energy-announces-plan-to-end-coal-use-by-2025-lead-michigans-clean-energy-transformation

1

incorporated the planned retirement into their supply forecasts and acquired a 1,200 MW natural gas power plant in Covert, MI, the NERC Assessment still anticipates "elevated risk of operating reserve shortfalls."

MISO's Planning Resource Auction Results for Planning Year 2025-26, released in April 2025, note that for the northern and central zones, which includes Michigan, "new capacity additions were insufficient to offset the negative impacts of decreased accreditation, suspensions/retirements and external resources." While the results "demonstrated sufficient capacity," the summer months reflected the "highest risk and a tighter supply-demand balance" and the results "reinforce the need to increase capacity."[6]

*ORDER*

Given the determination that an emergency exists as discussed above, the responsibility of MISO to ensure reliability of its system, and the ability of MISO to identify and dispatch generation necessary to meet load requirements, I have determined that, under the conditions specified below, additional dispatch of the Campbell Plant is necessary to best meet the emergency and serve the public interest for purposes of FPA section 202(c). This determination is based on the insufficiency of dispatchable capacity and anticipated demand during the summer months, and the potential loss of power to homes and local businesses in the areas that may be affected by curtailments or outages, presenting a risk to public health and safety.

This Order is limited in duration to align with the emergency circumstances. Because the additional generation may result in a conflict with environmental standards and requirements, I am authorizing only the necessary additional generation on the conditions contained in this Order, with reporting requirements as described below.

FPA section 202(c) requires the Secretary of Energy to ensure that any 202(c) order that may result in a conflict with a requirement of any environmental law be limited to the "hours necessary to meet the emergency and serve the public interest, and, to the maximum extent practicable," be consistent with any applicable environmental law and minimize any adverse environmental impacts.

Based on my determination of an emergency set forth above, I hereby order:

A. From the time this Order is issued on May 23, 2025, MISO and Consumers Energy shall take all measures necessary to ensure that the Campbell Plant is available to operate. For the duration of this order, MISO is directed to take every step to employ economic dispatch of the Campbell Plant to minimize cost to ratepayers. Following conclusion of this Order, sufficient time for orderly ramp down is permitted, consistent with industry practices. Consumers Energy is directed to comply with all orders from MISO related to the availability and dispatch of the Campbell Plant.

---

[6] https://cdn.misoenergy.org/2025%20PRA%20Results%20Posting%202025042869 4160.pdf

2

B. To minimize adverse environmental impacts, this Order limits operation of dispatched units through the expiration of the Order. MISO shall provide a daily notification to the Department (via AskCR@hq.doe.gov) reporting whether the Campbell Plant has operated in compliance with the allowances contained in this Order.

C. All operation of the Campbell Plant must comply with applicable environmental requirements, including but not limited to monitoring, reporting, and recordkeeping requirements, to the maximum extent feasible while operating consistent with the emergency conditions. This Order does not provide relief from any obligation to pay fees or purchase offsets or allowances for emissions that occur during the emergency condition or to use other geographic or temporal flexibilities available to generators.

D. By June 15, 2025, MISO is directed to provide the Department of Energy (via AskCR@hq.doe.gov) with information concerning the measures it has taken and is planning to take to ensure the operational availability and economic dispatch of the Campbell Plant consistent with the public interest. MISO shall also provide such additional information regarding the environmental impacts of this Order and its compliance with the conditions of this Order, in each case as requested by the Department of Energy from time to time.

E. The extent to which MISO's current Tariff provisions are inapposite to effectuate the dispatch and operation of the units for the reasons specified herein, the relevant governmental authorities are directed to take such action and make accommodations as may be necessary to do so.

F. Consumers is directed to file with the Federal Energy Regulatory Commission Tariff revisions or waivers necessary to effectuate this order. Rate recovery is available pursuant to 16 U.S.C. § 824a(c).

G. This Order shall not preclude the need for the Campbell Plant to comply with applicable state, local, or Federal law or regulations following the expiration of this Order.

H. This Order shall be effective upon its issuance, and shall expire at 00:00 EDT on August 21, 2025, with the exception of the reporting requirements in paragraph D and applicable compliance obligations in paragraph E.

I. Issued in Washington, D.C. at 3:15:pm Eastern Daylight Time on this 23rd day of May 2025.

_____
Chris Wright
Secretary of Energy

cc: **<u>FERC Commissioners</u>**
    Chairman Mark Christie
    Commissioner David Rosner
    Commissioner Lindsay S. See
    Commissioner Judy W. Chang

    **<u>Michigan Public Service Commissioners</u>**
    Chairman Dan Cripps
    Commissioner Katherine Peretick
    Commissioner Alessandra Carreon

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2025, I filed the foregoing Petition for Review by Minnesota and Illinois with the D.C. Circuit Court of Appeals using the court's electronic filing system, and pursuant to Federal Rule of Appellate Procedure and the Court's Local Rule 15, the Respondents will be served by the Clerk for the D.C. Circuit Court of Appeals.

I also served the foregoing Petition for Review by First Class Certified Mail with a return receipt requested, as well as email, to the following parties at the following physical and electronic addresses:

Department of Energy and
Secretary Chris Wright at:
U.S. Department of Energy,
1000 Independence Ave.,
SW, Washington D.C. 20585,
AskCR@hq.doe.gov and
The.Secretary@hq.doe.gov

Michigan Attorney General
Dana Nessel
Michael E. Moody
Assistant Attorney General
Special Litigation Division P.O. Box 30755 Lansing, MI 48909
517-335-7627
MoodyM2@michigan.gov

Michigan Attorney General
Dana Nessel
Christopher M. Bzdok,
Special Assistant Attorney General
420 E. Front St.
Traverse City, MI 49686
chris@tropospherelegal.com

Consumers Energy Co.
Debra D. Roby
Washington Energy Law LLP
900 17th St. NW, Suite 500-A
Washington, DC 20006
droby@washingtonenergylaw.com

Consumers Energy Co.
Kelly M. Hall, Deputy General Counsel and Vice President, Rates and Regulatory
One Energy Plaza
Jackson, MI 49201
Kelly.Hall@cmsenergy.com

Maryland Office of People's Counsel
William F. Fields
Deputy People's Counsel
6 St. Paul St., Suite 2102
Baltimore, MD 21202
William.fields@maryland.gov

Organization of MISO States
Brad Pope, Legal and Regulatory Director
811 E. Washington Ave., Suite 400
Madison, WI 53703
brad@misostates.org

Midcontinent Independent System Operator, Inc.
Timothy R. Caister, Vice President, Legal & Federal Regulatory Affairs720 City Center Drive
Carmel, IN 46032-3826
tcaister@misoenergy.org

Sierra Club Environmental
Law Program
Gregory E. Wannier
2101 Webster St., Suite 1300
Oakland, CA 94612
(415) 977-5646
greg.wannier@sierraclub.org

Natural Resources Defense
Counsel
Caroline Rieser
1152 15th St. NW, Suite 300
Washington DC, 20005
(202) 717-8341
creiser@nrdc.org

Michigan Environmental
Council
Danielle Fidler
114 State St., 6th Floor
Boston, MA 02109
(617) 624-0234
dfidler@catf.us

Sierra Club and Urban Core
Collective
Benjamin Chagnon
1001 G St. NW, Suite 1000
Washington, DC 20001
(202) 745-5210
bchagnon@earthjustice.org

Natural Resources Defense
Counsel
Gavin McCabe
40 W. 20th St., 11th Floor
New York, NY 10011
(212) 727-4529
gmccabe@nrdc.org

Environmental Law &
Policy Center, Ecology Center,
Union of Concerned Scientists,
and Vote Solar
Howard Learner
Environmental Law & Policy
Center
35 East Wacker Dr., Suite 1600
Chicago, IL 60601
T: (312) 673-6500
F: (312) 795-3730
HLearner@elpc.org

Katherine S. Duckworth
Environmental Law &
Policy Center, Ecology
Center, Union of Concerned
Scientists, and Vote Solar
1008 Floral Ave. SE
East Grand Rapids, MI 49506
T: (312) 673-6500
KDuckworth@elpc.org

Environmental Defense Fund
Tomás Carbonell
Environmental Defense Fund
555 12th St. NW, #400
Washington, DC 20004
(919) 449-4600
tcarbonell@edf.org

Dated: July 24, 2025

Respectfully submitted,
*/s/ Peter N. Surdo*
  Peter N. Surdo