# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1159**  **September Term, 2024**

DOE-202-25-3

Filed On: July 28, 2025 [2127465]

People of the State of Michigan,

    Petitioner

    v.

United States Department of Energy and Christopher A. Wright, Secretary, United States Department of Energy,

    Respondents

------------------------------

Consolidated with 25-1160, 25-1162

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioner(s) in case No(s). 25-1160 and 25-1162 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | August 27, 2025 |
| Statement of Issues to be Raised | August 27, 2025 |

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

BY:  /s/
          Laura M. Morgan
          Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form